THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES C. APPLEBY, | ) |
| *Plaintiff*, | ) |
| | ) Civil Action No. |
| v. | ) |
| THE HONORABLE FRANCIS J. HARVEY, | ) |
| *Defendant*. | ) |

**MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE**

Raymond Jewell Toney hereby moves this Court for admission to practice *pro hac vice* in the above-captioned case. In accordance with LCvR 83.2(c), the required declaration prepared by applicant accompanies this motion, along with a proposed order.

Respectfully submitted,

Raymond J. Toney
The Law Office of Raymond J. Toney
34-16 30th Avenue, Third Floor
Astoria, NY 11103
Tel: 718-726-3656
Fax: 661-459-0476

Grant Lattin (D.C. Bar No. 436051)
Attorney at Law
11970 Shorewood Court
Woodbridge, VA 22192
Tel: 703-490-0000
Fax: 703-497-7249

*Attorneys for Plaintiff*