## Declaration of Raymond J. Toney

I, Raymond Jewell Toney, declare as follows:

(1) I am not a member of the District of Columbia Bar or a member of this Court.

(2) I have appeared *pro hac vice* once in this Court within the last two years.

(3) I do not engage in the practice of law in the District of Columbia.

(4) I do not have an application for admission pending before the District of Columbia bar.

(5) I am submitting an application for admission to this Court based on reciprocal admission agreement with the U.S. District Court for the Western District of New York. I expect to be admitted to this Court in March, 2006.

(6) I am a member in good standing of the New York Bar.

(7) I am a member in good standing of the bars of the following courts: the United States District Court for the Southern District of New York; the United States District Court for the Eastern District of New York; the United States District Court for the Western District Court; the United States Court of Federal Claims; and the United States Court of Appeals for the District of Columbia Circuit.

(8) I have never been disciplined by any bar.

(9) My office address is 34-16 30th Avenue, Third Floor, Astoria, NY, 11103. My telephone number is 718-726-3656. My fax number is 661-459-0476.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of January, 2006.

_____
Raymond Jewell Toney