IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES C. APPLEBY,          ) | |
|         *Plaintiff*,         ) | Civil Action No. |
|     v.                        ) | |
| THE HONORABLE          ) | |
|   FRANCIS J. HARVEY,  ) | |
|         *Defendant*.      ) | |

**<u>ORDER</u>**

IT IS ORDERED, on his motion to practice *pro hac vice*, that Raymond Jewell Toney is hereby admitted to practice *pro hac vice* in the above captioned case.

Date: _____                    _____
                                                                United States District Judge