# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES C. APPLEBY**   ) | |
| ) | |
| **Plaintiff**   ) | |
| ) | |
| v.   ) | **C.A. No. 06-0193 (RBW)** |
| ) | |
| **FRANCIS J. HARVEY**   ) | |
| **Secretary of the Army**   ) | |
| ) | |
| **Defendant**   ) | |
| ) | |

## PROOF AND CERTIFICATE OF SERVICE

   COMES NOW plaintiff, through undersigned counsel, and hereby provides the Court with Proof of Service of the Summons and Complaint.  Plaintiff's counsel certifies that the Summons and Complaint were served upon the Defendant, the U.S. Attorney, and the U.S. Attorney General.  Service of the above documents was accomplished on each of the aforementioned officers pursuant to Fed. R. Civ. P. 4(i) by certified mail, postage-prepaid, with return receipts requested from each recipient.  The attachment is a scanned copy of the U.S. Postal Service post card proving receipt of the documents by each officer.

                              Respectfully submitted,

                              /s/ Grant E. Lattin
                              Counsel for Plaintiff, DC Bar #436051
                              11970 Shorewood Court
                              Woodbridge, Virginia  22192
                              Phone:  (703) 490-0000
                              Fax:  (703) 497-7249

March 2, 2006