IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES C. APPLEBY,<br>2658 Sims Cove Lane<br>Jacksonville, Florida 32223<br><br>            Plaintiff,<br><br>v.<br><br>THE HONORABLE<br>FRANCIS J. HARVEY,<br>Secretary of the Army<br>Department of the Army<br>120 Army Pentagon<br>Washington, D.C. 20310-1020,<br><br>            Defendant. | Civil Action No. 06-0193 (RBW) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Kevin K. Robitaille, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780