UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES C. APPLEBY )<br> )<br>      **Plaintiff** )<br> )<br>      v. )<br> )<br>FRANCIS J. HARVEY )<br>Secretary of the Army )<br> )<br>      **Defendant** )<br>_____ ) | C.A. No. 06-0193 (RBW) |

### MOTION TO WITHDRAW AS ATTORNEY

In immediate anticipation of an offer of federal employment, and considering the criminal sanctions of Section 205, Title 18, U.S. Code, prohibiting any federal employee from representing any person in any claim against the United States, Grant Edward Lattin, counsel of record for plaintiff, hereby respectfully requests this Court's consent to withdraw from this case. Raymond Jewell Toney, previously admitted *pro hac vice* by this Court to appear on behalf of plaintiff in this case, was formally admitted to this Court on March 6, 2006, and is now qualified to act as counsel of record. Plaintiff therefore requests this Court's consent to appoint Raymond Jewell Toney as counsel of record in the above-captioned case.

                                        Respectfully submitted,

                                        /s/ Grant E. Lattin
                                        Counsel for Plaintiff, DC Bar #436051
                                        11970 Shorewood Court
                                        Woodbridge, Virginia  22192
                                        Phone:  (703) 490-0000
                                        Fax:  (703) 497-7249

                                        /s/ Raymond J. Toney
                                        Counsel for Plaintiff, Bar # NY0066
                                        The Law Office of Raymond J. Toney
                                        34-16 30th Avenue, Third Floor
                                        Astoria, NY  11103

                                                Tel:  718-726-3656
                                                Fax:  661-459-0476

April 6, 2006