UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHARLES C. APPLEBY** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | C.A. No. 06-0193 (RBW) |
| | ) | |
| **FRANCIS J. HARVEY** | ) | |
| Secretary of the Army | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**ORDER**

Plaintiff's motion to have Grant Edward Lattin withdraw as counsel of record for plaintiff, and to have Raymond Jewell Toney substituted as counsel of record in this case is granted.

_____
Judge Reggie B. Walton, U.S. District Court Judge