IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES C. APPLEBY,<br><br>               Plaintiff,<br><br>   v.<br><br>THE HONORABLE<br>FRANCIS J. HARVEY,<br>Secretary of the Army<br>               Defendant. | Civil Action No. 06-0193 (RBW) |

**DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

     Plaintiff brings this case under Administrative Procedure Act, 5 U.S.C. § 702, *et seq* and the military record correction statute, 10 U.S.C. §1552 challenging a decision of the Army Board For Correction of Military Records.  Defendant respectfully moves this Court for a thirty (7) day enlargement of time through and including May 31th 2006 within which to answer, move, or otherwise respond to the Complaint in this matter.  Good cause exists to grant this motion:

     1. Defendant's answer, motion or other response to the Complaint is currently due May 24, 2006.

     2. Defendant has been diligently working on this matter; however, defendant needs additional time to address the factual and legal claims raised by plaintiff.

     3.  Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

     4.  This is the second enlargement of time sought in this matter.

     5.  Plaintiff through counsel consents to this motion.

For these reasons, defendant requests that the Court grant its Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond. A proposed order is included with this Motion.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_____/s/_____
KEVIN K ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES C. APPLEBY,** | ) |
| **Plaintiff,** | ) ) ) ) |
| v. | ) Civil Action No. 06-0193 (RBW) ) |
| **THE HONORABLE FRANCIS J. HARVEY,** Secretary of the Army | ) ) ) ) |
| **Defendant.** | ) ) ) |

**ORDER**

Upon consideration of Defendant's enlargement of time within which to answer, move, or otherwise respond, and the Court having considered the entire record herein,

it is, this _____ day of _____, 2006,

ORDERED that Defendant's motion is GRANTED, and it is further

FURTHER ORDERED that Defendants shall have up to and including May 31, 2006, to answer, motion or other response to the Complaint.

SO ORDERED.

_____
Reggie B. Walton
United States District Judge

Copies to:

Counsel for Parties via ECF