IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES C. APPLEBY,<br><br>              Plaintiff,<br><br>v.<br><br>THE HONORABLE<br>FRANCIS J. HARVEY,<br>Secretary of the Army<br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0193 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

    Defendant hereby advises the Court that it will file its Administrative Record in the Clerk's office in CD-ROM format.

                                        Respectfully Submitted,

                                          _____/s/_____
                                          KENNETH L. WAINSTEIN, D.C. Bar #451058
                                          United States Attorney

                                          _____/s/_____
                                          RUDOLPH CONTRERAS D.C. Bar No. 434122
                                          Assistant United States Attorney

                                          _____/s/_____
                                          KEVIN K. ROBITAILLE
                                          Special Assistant U.S. Attorney
                                          555 Fourth Street, N.W., 10th Floor
                                          Washington, D.C. 20530
                                          (202) 353-9895

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May 2006, I caused the foregoing Notice of Filing and the Administrative Record in the above captioned case to be served on plaintiff, postage prepaid, addressed as follows:

Raymond J. Toney
34-16 30th Avenue
3rd Floor
Astoria, NY 11103

/s
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780