IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES C. APPLEBY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-0193 (RBW) |
| ) | |
| **THE HONORABLE** ) | |
| **FRANCIS J. HARVEY,** ) | |
| Secretary of the Army ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of Defendant's Motion for Summary Judgment, and the opposition thereto, and the Court having considered the entire record herein, it is, this _____ day of _____, 2006,

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that judgment shall be entered for Defendant, and that this matter is hereby DISMISSED WITH PREJUDICE.

This is a final, appealable order.

Dated this _____ day of _____, 2006.

_____
Reggie B. Walton
United States District Judge

Copies to:
Parties via ECF