UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHARLES C. APPLEBY, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | |
| THE HONORABLE | ) | |
| FRANCIS J. HARVEY, | ) | |
| | ) | |
| *Defendant*. | ) | |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME FOR
PLAINTIFF TO RESPOND TO DEFENDANTS MOTION
TO DISMISS AND FOR SUMMARY JUDGMENT**

Charles C. Appleby, Plaintiff, moves this Court for a 60-day enlargement of time in which to respond to Defendant's motion to dismiss and for summary judgment. Plaintiff's response is currently due on June 12, 2006. If this motion is granted, Plaintiff's response will be due on August 11, 2006.

Plaintiff makes this motion for the following reasons: (1) the Administrative Record filed by Defendant on May 31, 2006 is incomplete, in that Plaintiff's submissions to the Army Board for the Correction of Military Records are not included; (2) Plaintiff cannot comply with applicable rules in responding to Defendant's motion without a complete Administrative Record; and (3) the requested enlargement will allow the parties to complete the Administrative Record.

Undersigned consulted with counsel for the Defendant who kindly consented to this motion.

Respectfully submitted,

Raymond J. Toney (Bar No. NY0066)


The Law Office of Raymond J. Toney
34-16 30th Avenue, Third Floor
Astoria, NY 11103
Tel: 718-726-3656
Fax: 718-504-4735

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES C. APPLEBY, ) <br> ) <br> ) <br> *Plaintiff*, ) <br> ) Civil Action No. <br> v. ) <br> ) <br> THE HONORABLE ) <br> FRANCIS J. HARVEY, ) <br> ) <br> *Defendant*. ) <br> _____) | |

## ORDER

Upon consideration of Plaintiff's consent motion for an enlargement of time in which to respond to Defendant's motion to dismiss in part and for summary judgment, and the Court having considered the entire record herein,

it is, this ____ day of _____, 2006,

    ORDERED that Plaintiff's motion is granted, and it is

    FURTHER ORDERED that Plaintiff's response shall be due by August 11, 2006.

SO ORDERED.

                                                                                                                  Reggie B. Walton
                                                                                                       United States District Judge