THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES C. APPLEBY, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-0193 (RBW) |
| ) | |
| FRANCIS J. HARVEY, ) | |
| Secretary of the Army ) | |
| ) | |
| *Defendant*. ) | |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff, pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully submits this cross-motion for summary judgment. No genuine dispute exists as to any material fact and Plaintiff is entitled to judgment as a matter of law.

In support of his motion, Plaintiff submits a memorandum of points and authorities, which includes his argument in opposition to Defendant's motion to dismiss in part and for summary judgment. Pursuant to LCvR 7, this motion is accompanied by a statement of materials facts as to which Plaintiff contends there is no genuine issue. A proposed order also is provided.

Respectfully submitted,

/s/
Raymond J. Toney (NY0066)
The Law Office of Raymond J. Toney
34-16 30th Avenue, Third Floor
Astoria, NY 11103
Tel: 718-726-3656
Fax: 718-504-4736
E-mail: rjtoney@rjtlaw.net