THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES C. APPLEBY, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-0193 (RBW) |
| ) | |
| FRANCIS J. HARVEY, ) | |
| Secretary of the Army ) | |
| ) | |
| *Defendant*. ) | |

## ORDER

Upon consideration of Defendant's motion to dismiss for lack of subject matter jurisdiction and failure to state a claim upon relief may be granted or, alternatively, for summary judgment, and Plaintiff's opposition to defendant's motion to dismiss and Plaintiff's cross-motion for summary judgment, and the Court having considered the pleadings and records in this matter, it is hereby

ORDERED that Defendant's motion to dismiss is DENIED,

ORDERED that Defendant's motion for summary judgment is DENIED, and it is further

ORDERED that Plaintiff's cross-motion for summary judgment is GRANTED.

Date: _____        _____
                                     The Honorable Reggie B. Walton
                                     United States District Judge