## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES C. APPLEBY, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-0193 (RBW) |
| | ) |
| FRANCIS J. HARVEY, | ) |
| Secretary of the Army | ) |
| | ) |
| *Defendant*. | ) |
| | ) |

### PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE

Pursuant to LCvR 7(h), Colonel (ret.) Charles C. Appleby, Plaintiff, respectfully submits this statement of materials facts as to which there is no genuine dispute.

1. COL Appleby's selection for promotion to the rank of Brigadier General was announced on 27 July 2000 and soon thereafter submitted by the President to the Senate for confirmation. Admin. Rec. at 8.

2. On 13 September 2000, COL Appleby's nomination for federal recognition at the grade of Brigadier General was received by the Senate. *Id*.

3. On 28 September 2000, the Department of the Army Inspector General ("DAIG") received a memorandum from the Florida Army National Guard Inspector General ("FLARNG IG") referring for consideration an anonymous 10 U.S.C. § 1034 Military Whistleblower Protection Act complaint in which COL Appleby was alleged to have reprised against a subordinate officer for making protected communications. Admin. Rec. at 8.

4. On or around 3 October 2000, the Army requested that Congress withhold COL Appleby's nomination until the DAIG inquiry was complete. Compl. ¶ 19.

5. On 3 October 2000, COL Appleby was notified telephonically by the Adjutant General, Florida National Guard, that his name was being temporarily removed from the list of officers to be submitted to the US Senate for confirmation of promotion to BG at the request of the Army based on the anonymous reprisal complaint. Compl. ¶ 19.

6. The Army did not provide COL Appleby with written notice of the grounds for the delay or advise him of his right under 10 U.S.C. § 14311 to respond in writing to the Secretary of the Army, who was required to give consideration to any written submission. Admin. Rec. at 14, ¶ 5.

7. On 26 January 2000, the Complainant, Captain ("CPT") Ward, was relieved from his command by Lieutenant Colonel Bacon for substandard performance of duty, not for making protected communications. Compl. ¶ 71;  Admin. Rec. at 291-292.

8. CPT Ward waited some eight months before he filed his reprisal complaint, and after he had resigned his commission. Admin. Rec. at 330.

9. On 6 June 2000, COL Appleby issued Letters of Concern to LTC Greg Bacon and MAJ Charles Hulen based on substandard performance of duties. Admin. Rec. at 326-329.

10. COL Appleby did not issue the Letters of Concern in reprisal for making protected communications. Admin. Rec. at 291-292.

11. Neither officer filed reprisal complaints against COL Appleby. Admin. Rec. at 375.

12. On 31 January 2001, the Vice Chief of Staff of the Army issued a directive for investigation to the DAIG, authorizing it to undertake an investigation of allegations of alleged improper conduct by COL Appleby. Admin. Rec. at 442-443.

13. Prior to 31 January 2001, COL Appleby was not under investigation to determine whether disciplinary action should be taken against him.

14. On 29 June 2001, the DAIG issued its report of investigation, in which it substantiated allegations that COL Appleby failed to ensure that a subordinate commander was properly relieved from his command, that he improperly prepared and processed an Officer Evaluation Report on the complainant, and that he reprised against two subordinate officers for making protected communications. Compl. ¶ 40; Admin. Rec. at 330-441.

15. On 9 July 2001, while recuperating in hospital after colon cancer surgery, COL Appleby was informed that the DAIG investigation was completed. Compl. ¶ 34.

16. Also while in the hospital, COL Appleby received orders dated 25 July 2001 stating that he was being retired from the Army effective 31 July 2001 based on maximum authorized years of service. Compl. ¶ 41.

17. On 29 June 2001, the Vice Chief of Staff of the Army approved the findings of the report of investigation. Admin. Rec. at 9.

18. On 19 October 2001, the Vice Chief of Staff of the Army issued a Memorandum of Concern to COL Appleby. The memorandum of concern was not an official reprimand and was not placed in COL Appleby's official military personnel file. Admin. Rec. at 444.

19. On or around 3 April 2001, COL Appleby's initial promotion delay of six-months expired.

20. The Secretary of the Army did not extend COL Appleby's promotion delay beyond the initial six-month period of delay.

21. The President of the United States never removed COL Appleby's name from the Brigadier General Promotion List.

22. On 31 July 2001, COL Appleby was transferred to the United States Army Reserve Control Group (Retired).  Admin. Rec. at 9.

23. COL Appleby remained in a promotable status until his transfer to the United States Army Reserve Control Group (Retired).

24. On 23 March 2005, COL Appleby applied to the Army Board for the Correction of Records ("ABCMR"). Admin. Rec. at 17.

25. In his application, COL Appleby requested that the Board: (1) direct that he be promoted by operation of law to the rank of Brigadier General; (2) remove the Letter of Concern from his military personnel file; (3) award him all back pay, allowances, and benefits to which he is entitled; (4) retire him at the rank of Brigadier General with all associated rights, benefits, and privileges or, alternatively, reinstate him to the FLARNG at the rank of Brigadier General, crediting him with service in the rank of Brigadier General from the date he otherwise would have been promoted to the date of reinstatement. Admin. Rec. at 208-255.

26. By memorandum dated 30 September 2004, the ABCMR provided COL Appleby an advisory opinion prepared by the National Guard Bureau General Officer Management Office which recommended that COL Appleby's nomination be forwarded to the Senate for confirmation consideration and, if confirmed, his records be corrected to reflect promotion to Brigadier General with a date of rank of 6 October 2000, and with a retirement date at the rank of Brigadier General of 31 July 2001. Admin. Rec. at 18-20.

27. By memorandum dated 11 August 2005, the ABCMR denied COL Appleby's application. Admin. Rec. at 2.

Respectfully submitted,

/s/

Raymond J. Toney (NY0066)
The Law Office of Raymond J. Toney
34-16 30th Avenue, Third Floor
Astoria, NY 11103
Tel: 718-726-3656
Fax: 718-459-0476
E-mail: rjtoney@rjtlaw.net