THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES C. APPLEBY, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 06-0193 (RBW) |
| ) | |
| FRANCIS J. HARVEY, ) | |
| Secretary of the Army ) | |
| ) | |
| *Defendant*. ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT
OF MATERIAL FACTS WHICH ARE NOT IN GENUINE DISPUTE**

Plaintiff respectfully submits this response to Defendant's statement of material facts which are not in genuine dispute.

1. Agree

2. Agree.

3. Agree.

4. Agree.

5. Agree.

6. Agree.

7. Agree.

8. Agree.

9. Disagree. The Army, not the Secretary of Defense, requested that the Congress withhold Plaintiff's nomination for promotion to Brigadier General pending completion of a Department of the Army Inspector General investigation. Admin. Rec. at 8, ¶ 9.

9 (2nd). Disagree. Plaintiff was notified that he was being temporarily removed from the list of officers to be submitted to the US Senate for confirmation of promotion to Brigadier General.

10. Agree.

11. Agree.

12. Agree.

13. Agree

14. Plaintiff agrees that he drafted and circulated the e-mail. He disagrees with any assertion that the information he provided, which was provided to him by COL Bruce Davis, is factually correct.

15. Disagree in part. Agree orders were received that stated that reason, but disagree that maximum authorized years of service had been reached

16. Agree.

17. Agree.

18. Agree.

19. Disagree. The ABCMR decision memorandum did not thoroughly examine all the argument and evidence presented by Plaintiff.

                Respectfully submitted,

                /s/

                Raymond J. Toney (NY0066)
                The Law Office of Raymond J. Toney
                34-16 30th Avenue, Third Floor
                Astoria, NY 11103
                Tel: 718-726-3656
                Fax: 718-459-0476
                E-mail: rjtoney@rjtlaw.net