UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES C. APPLEBY,              )<br>                                                    )<br>                                                    )<br>         *Plaintiff*,                          )<br>                                                    )<br>         v.                                       )<br>                                                    )<br>THE HONORABLE                      )<br>FRANCIS J. HARVEY,              )<br>                                                    )<br>         *Defendant*.                      )<br>_____)  | Civil Action No. 06-0193 (RBW) |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO REPLY TO DEFENDANTS OPPOSITION TO PLAINTIFF'S
CROSS-MOTION FOR SUMMARY JUDGMENT**

Charles C. Appleby, Plaintiff, respectfully moves this Court for a 14-day enlargement of time in which to reply to Defendant's opposition to Plaintiff's cross-motion for summary judgment. Plaintiff's reply is currently due on September 25, 2006. If this motion is granted, Plaintiff's response will be due on October 9, 2006.

Plaintiff makes this motion for the following reasons: (1) counsel for Plaintiff has an unusually heavy federal court briefing schedule; (2) Plaintiff requires the additional time to research and fully brief the issues raised by Defendant in opposition to Plaintiff's summary judgment motion.

This is Plaintiff's second motion for an enlargement of time. He does not anticipate the need for any further enlargements in this litigation. Undersigned consulted with counsel for the Defendant who kindly consented to this motion.

Respectfully submitted,

/s/

Raymond J. Toney (Bar No. NY0066)

The Law Office of Raymond J. Toney
34-16 30th Avenue, Third Floor
Astoria, NY 11103
Tel: 718-726-3656
Fax: 718-504-4735

*Attorney for Plaintiff*