UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHARLES C. APPLEBY, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Civil Action No. 06-0193 (RBW) |
| v. | ) | |
| | ) | |
| THE HONORABLE | ) | |
| FRANCIS J. HARVEY, | ) | |
| | ) | |
| *Defendant*. | ) | |

**ORDER**

Upon consideration of Plaintiff's consent motion for an enlargement of time in which to reply to Defendant's opposition to Plaintiff's cross-motion for summary judgment, and the Court having considered the entire record herein,

it is, this ____ day of _____, 2006,

ORDERED that Plaintiff's motion is granted, and it is

FURTHER ORDERED that Plaintiff's response shall be due by October 9, 2006.

SO ORDERED.

_____
Reggie B. Walton
United States District Judge