UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES APPLEBY, : <br> : <br> Plaintiff, : <br> : Civil Action No. 06-0193 (RBW) <br> v. : <br> : <br> THE HONORABLE FRANCIS : <br> HARVEY, SECRETARY OF THE : <br> ARMY, : <br> : <br> Defendant. : <br> _____ : | |

ORDER

In accordance with the Memorandum Opinion that will be subsequently issued, it is hereby

ORDERED that the defendant's Motion to Dismiss in Part and for Summary Judgment [D.E. #13] is granted. Counts I, II, III and VIII of the complaint are dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state claims upon which relief can be granted. Summary judgment is granted in favor of the defendants on Counts IV, V, VI, VI, and IX. It is further

ORDERED that the Plaintiff's Cross-Motion for Summary Judgment [D.E. #17] is denied in its entirety.

SO ORDERED on this 30th day of March, 2007.

REGGIE B. WALTON
United States District Judge