UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHARLES APPLEBY, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.. 06-0193 (RBW) |
| v. | : | |
| | : | |
| THE HONORABLE FRANCIS HARVEY, SECRETARY OF THE ARMY, | : | |
| | : | |
| Defendant. | : | |

## AMENDED ORDER

In accordance with the Memorandum Opinion being issued contemporaneously with this Amended Order, it is hereby

ORDERED that the defendant's Motion to Dismiss in Part and for Summary Judgment [D.E. #13] is granted in part and denied in part. Accordingly, Counts I, II, and III of the complaint are dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state claims upon which relief can be granted and the defendant's motion to dismiss Count VIII of the Complaint is denied without prejudice pending review of the allegations asserted in this count by the Secretary of the Army. It is further

ORDERED that summary judgment is awarded to the defendants on Counts IV, V, VI, VII, and IX of the complaint. It is further

ORDERED that the Plaintiff's Cross-Motion for Summary Judgment [D.E. #17] is denied with respect to Counts I through VII and IX, and granted as to Count VIII.

SO ORDERED on this 29th day of May, 2007.

REGGIE B. WALTON
United States District Judge