THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES C. APPLEBY, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>)<br>PETE GEREN, )<br>Secretary of the Army )<br>)<br>*Defendant*. )<br>) | Civil Action No. 06-0193 (RBW) |

RECEIVED
JUL 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEAL

Notice is given this 26th day of July, 2007, that Charles C. Appleby, Plaintiff, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Final Judgment of this Court entered on 29 May 2007. The District Court granted Defendant's motion to dismiss counts I, II, and III of Plaintiff's complaint. The District Court further granted Defendant's motion for summary judgment on counts IV, V, VI, VII, and IX. The District Court granted Plaintiff's motion for summary judgment as to Count VIII of the complaint.

Plaintiff appeals the District Court's judgment and order as to all counts except Count VIII of the complaint, which the Court remanded to the Department of the Army for further explication.

Respectfully submitted,

*[signature]*

Raymond J. Toney (Bar No. NY0066)
*Attorney for Plaintiff*

The Law Office of Raymond J. Toney
404 Park Avenue South, 14th Floor
New York, NY 10016
Tel: 212-686-3434, ext. 206  Fax: 718-504-4735
E-mail: rjtoney@rjtlaw.net