# United States Court of Appeals
## For The District of Columbia Circuit

---

**No. 07-5263**  **September Term, 2007**

06cv00193

**Filed On:**

Charles C. Appleby,
    Appellant

v.

Francis J. Harvey, Secretary of the Army,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  FEB − 5 2008

CLERK

## ORDER

Upon consideration of the court's order to show cause filed December 31, 2007, and appellant's response thereto, which concedes that the court lacks jurisdiction, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the appeal be dismissed.

The Clerk is directed to issue forthwith a certified copy of this order to the district court in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____
Mark Butler
Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk