THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES C. APPLEBY, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-0193 (RBW) |
| ) | (Case Closed) |
| FRANCIS J. HARVEY, ) | |
| Secretary of the Army ) | |
| ) | |
| *Defendant*. ) | |

## PLAINTIFF'S UNOPPOSED MOTION TO REOPEN CASE

Plaintiff, Colonel (ret.) Charles C. Appleby, respectfully moves the Court to reopen the above-captioned case. By order dated May 29, 2007, the Court granted summary judgment in favor of Colonel Appleby on one of the claims raised in his complaint. The Court either dismissed or granted summary judgment in favor of the Defendant on all other claims.

The Court remanded the claim on which summary judgment was granted to the Army Board for the Correction of Military Records ("ABCMR") for additional explanation. By memorandum dated August 1, 2007, the ABCMR denied Colonel Appleby relief on the remanded claim. Enclosure 1.

On March 30, 2007, this Court ordered that the case be closed. On July 26, 2007, Colonel Appleby filed a notice of appeal with the U.S. Court of Appeals for the D.C. Circuit. On February 7, 2008, the Court of Appeals dismissed the case for want of an appealable final order.

Colonel Appleby now respectfully requests that the Court reopen the case and enter a new scheduling order for the purposes of resolving the remaining claim and obtaining a final

appealable order. In light of the ABCMR's decision on the remanded issue, Colonel Appleby will not maintain his claim that the Army's decision on the remanded issue was arbitrary and capricious, unsupported by substantial evidence, or contrary to law or mandatory procedure. He merely desires a final order that he may appeal to the U.S. Court of Appeals for the D.C. Circuit.

Undersigned counsel consulted with counsel for Defendant, Mr. Brian Baldrate, who stated that Defendant does not oppose this motion. The parties further request that the Court hold a telephonic status conference to discuss this motion, if the Court requires any clarification.

Respectfully submitted,

/s/

Raymond J. Toney (Bar No. NY0066)
*Attorney for Appellant*

The Law Office of Raymond J. Toney
404 Park Avenue South, 14th Floor
New York, NY 10016
Tel: 212-686-3434, ext. 206
Fax: 718-504-4735
E-mail: rjtoney@rjtlaw.net