IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES C. APPLEBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0193 (RBW) |
| ) | |
| THE HONORABLE PETE GEREN, ) | |
| Secretary of the Army[1] ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The clerk of this court will please enter the appearance of Special Assistant United States Attorney Brian C. Baldrate as counsel for the defendant in the above captioned case and withdraw the appearance of Special Assistant United States Attorney Steven M. Ranieri.

Respectfully submitted,

__/s/_____
BRIAN C. BALDRATE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Room E4408
Washington, D.C. 20530
(202) 353-9895

---

[1] In accordance with Fed. R. Civ. P. 25 (d) (1) Secretary of the Army Pete Geren is automatically substituted as the named defendant in this action.