IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES C. APPLEBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0193 (RBW) |
| ) | |
| THE HONORABLE PETE GEREN, ) | |
| Secretary of the Army[1] ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT'S MOTION TO RESCHEDULE THE STATUS CONFERENCE

Plaintiff brings this case pursuant to the Administrative Procedure Act, 5 U.S.C. §§ 701-706 ("APA") challenging a decision of the Army Board of Correction of Military Records. Defendant moves, pursuant to Fed. R. Civ. P. 6(b), to reschedule the status conference currently set for May 16, 2008 at 9:45 am, for any date between May 19- May 21, 2008.

1. Defense counsel has a scheduling conflict with the status conference as he has a trial scheduled before Judge Sullivan from May 7, 2008 through May 16, 2008. This trial was already scheduled before the Court established this status conference.

2. Defense counsel will also be traveling out of the state from May 21, 2008 through May 28, 2008.

3. Delaying this status conference will not have any effect on a trial date or other scheduled event previously ordered by this Court.

4. In accordance with LCvR 7(m), Defendant consulted with Plaintiff who consents to

---

[1] In accordance with Fed. R. Civ. P. 25 (d) (1) Secretary of the Army Pete Geren is automatically substituted as the named defendant in this action.

Defendant's motion to reschedule and is available on either May 19, 20, or 21.

    For these reasons, Defendant requests that the Court grant his motion to reschedule the status conference for a date between May 19-21, 2008.

                      Respectfully submitted,

                      __/s/_____
                      JEFFREY A. TAYLOR, D.C. Bar # 498610
                      United States Attorney

                      __/s/_____
                      RUDOLPH CONTRERAS D.C. Bar # 434122
                      Assistant United States Attorney

                      __/s/_____
                      BRIAN C. BALDRATE
                      Special Assistant U.S. Attorney
                      555 Fourth Street, N.W.,
                      Room E4408
                      Washington, D.C. 20530
                      (202) 353-9895