# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES C. APPLEBY,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Civil Action No. 06-0193 (RBW) |
| **THE HONORABLE PETE GEREN,** Secretary of the Army | ) ) ) |
| **Defendant.** | ) ) ) |

## ORDER

Upon consideration of Defendant's motion to reschedule the status conference currently scheduled for May 16, 2008 at 09:45 AM,, and the entire record of this case, it is hereby

ORDERED that Defendant's motion to reschedule is GRANTED, and it is

FURTHER ORDERED that the status conference will be set for _____.

Dated this _____ day of _____, 2008.

REGGIE B. WALTON
United States District Judge

Copies to:

Parties via ECF