UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHARLES APPLEBY, | : | |
| | : | |
|     Plaintiff, | : | Civil Action No. 06-0193 (RBW) |
| v. | : | |
| | : | |
| THE HONORABLE PETE GEREN, | : | |
| SECRETARY OF THE ARMY, | : | |
| | : | |
|     Defendant. | : | |
| _____ | : | |

## ORDER

The plaintiff, a retired Florida Army National Guard ("FLARNG") officer, brought this action under the Administrative Procedure Act, 5 U.S.C. § 701 et seq. (2000), seeking review of a decision issued by the Army Board for the Correction of Military Records ("ABCMR") and adopted by the Secretary of the Army ("Secretary")[1] for alleged violations of the United States Constitution, United States military regulations, and federal statutory law.

By an Order dated May 29, 2007, the Court granted summary judgment in favor of the plaintiff as to count VIII of the plaintiff's complaint. Count VIII alleged a violation of the plaintiff's right to due process resulting from the failure to provide him with proper and timely notice and therefore an opportunity to respond to the adverse information used against him. As to the rest of the plaintiff's claims, summary judgment or dismissal was granted in favor of the defendant.

The Court remanded count VIII of the Complaint to the Secretary for a determination of whether the plaintiff was afforded adequate notice of the charges that had been made against him.

---

[1] In accordance with Federal Rule of Civil Procedure 25(d)(1) Secretary of the Army Pete Geren is substituted as the named defendant in this action.

On August 1, 2007, the ABCMR, acting on behalf of the Secretary, denied Colonel Appleby relief on the remanded claim. In light of the plaintiff's decision not to challenge the ABCMR's resolution of count VIII on remand, it is hereby

ORDERED that the Order issued by the Court on May 29, 2007, is now a final appealable Order as of the date of entry of this ORDER.

SO ORDERED on this 2nd day of June, 2008.

REGGIE B. WALTON
United States District Judge