THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
CHARLES C. APPLEBY,                )
                                   )
    *Plaintiff-Appellant*,          )
                                   )
v.                                 )
                                   )   Civil Action No. 06-0193 (RBW)
                                   )
PETE GEREN,                        )
Secretary of the Army              )
                                   )
    *Defendant-Appellee*.            )
_____)

## NOTICE OF APPEAL

Notice is given this 29th day of July, 2008, that Charles C. Appleby, Plaintiff, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Final Judgment of this Court entered on June 2, 2008. The District Court granted Defendant's motion to dismiss counts I, II, and III of Plaintiff's complaint. The District Court further granted Defendant's motion for summary judgment on counts IV, V, VI, VII, and IX. Plaintiff appeals the District Court's judgment and order as to all counts except Count VIII of the complaint.

Respectfully submitted,

/s/   Raymond J. Toney

Raymond J. Toney (Bar No. NY0066)

The Law Office of Raymond J. Toney
404 Park Avenue South, 14th Floor
New York, NY 10016
Tel: 212-686-3434, ext. 206 Fax: 718-504-4735
E-mail: rjtoney@rjtlaw.net

*Counsel for Plaintiff*